UNITED STATES of America, Plaintiff–Appellee,

v.

**Jane DOE, Defendant–Appellant.**

**No. 10–10108.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 16, 2011.

Susan Cushman, Assistant U.S., USH–Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Matthew Caulfield Winter, Assistant Federal Public Defender, FPDHI–Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Jane Doe appeals from the 100–month sentence imposed following her guilty-plea conviction of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Doe contends that the district court erred in denying her a two-level minor role reduction. We need not reach this ques-

tion, as Doe's sentence of 100 months was below the statutory minimum of ten years, see 21 U.S.C. § 841(b)(1)(A)(viii), and the court lacked the authority to depart further from the statutory minimum on the basis of Doe's role in the offense, see United States v. Jackson, 577 F.3d 1032, 1036 (9th Cir.2009).

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.